**GABRIEL TECHNOLOGIES CORPORATION, and Trace Technologies, LLC, Plaintiffs–Appellants,**

v.

**QUALCOMM INCORPORATED, Snaptrack, Inc., and Norman Krasner, Defendants–Appellees.**

No. 2013–1058.

United States Court of Appeals, Federal Circuit.

March 18, 2014.

Michael E. Salzman, Hughes Hubbard & Reed LLP, of New York, NY, argued for plaintiffs-appellants. With him on the brief was Ronald Abramson. Of counsel was Peter A. Sullivan.

Timothy S. Teter, Cooley LLP, of Palo Alto, CA, argued for defendants-appellees. With him on the brief were Jeffrey S. Karr and Lori R. Mason, of Palo Alto, CA, and Steven M. Strauss, of San Diego, CA.

LOURIE, MAYER, and CHEN, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**